Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. WESNER, JANICE L. WESNER, AND DON WESNER, INC., <br><br> Plaintiff <br> v. <br> COUNTY OF NAPA AND NAPA COUNTY BOARD OF SUPERVISORS, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. CV 08 3377 JSW |

**Summons in a Civil Action**

To: COUNTY OF NAPA AND NAPA COUNTY BOARD OF SUPERVISORS

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TEL: 415-788-5957
FAX: 415-788-5958
E-MAIL: Frearschmid@aol.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

|   |   |
|---|---|
| | Richard W. Wieking |
| | Name of clerk of court |
| Date: JUL 14 2008 | **ANNA SPRINKLES** |
| | Deputy clerk's signature |

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*