IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID D. WESNER, et al.,

    Plaintiffs,

v.

COUNTY OF NAPA, et al.,

    Defendants.
                                     /

No. C 08-03377 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 5, 2008 on Defendant County of Napa's motion to dismiss or, alternatively, for a more definite statement. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 15, 2008 and a reply brief shall be filed by no later than October 22, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 1, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE