```
+JONES & DYER                                      EXEMPT FROM FILING FEES
A Professional Corporation                         PURSUANT TO GOVERNMENT
1800 J Street                                      CODE SECTION 6103
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455
```

Attorneys For: Defendant County of Napa and Napa County Board of Supervisors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. WESNER, JANICE L. WESNER and DON WESNER, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | NO. CV 08 3377 JSW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR COMPLETION OF ENE**<br><br>Date:      January 6, 2009<br>Time:      9:30 a.m<br>Location:  350 California Street, 22nd Flr.<br>           San Francisco, CA<br>Evaluator: Brian S. Haughton |

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective counsel of record that the deadline to complete the Early Neutral Evaluation in this matter may be extended, upon court approval, for a period of 30 days, to February 10, 2009. The parties hereto request that the court issue an order, pursuant to this stipulation, that the deadline for completion of the ENE be continued from January 6, 2009 to February 6, 2009. The parties have diligently proceeded with the case and filed their Joint Case Management Conference Statement for the conference scheduled for January 16, 2009. The Early Neutral Evaluation was tentatively scheduled for January 6, 2009, within the initial cutoff date, but the Risk Manager for the County of Napa, an essential party to the ENE session, is required to attend out of county Emergency Services training during the entire week of January 5, 2009. The parties have completed their ENE statements and have served those statements on each other and on the Evaluator, Brian S. Haughton. Mr. Haughton

**STIPULATION AND ORDER EXTENDING TIME FOR ENE COMPLETION DATE**

1  has no objection to the brief extension to complete the ENE.

2      The parties are in the process of rescheduling the ENE, and would expect that the session will
3  be completed by the third week in January.   The parties request a 30 day extension to ensure that
4  the ENE will be completed no later than the new date set by the court.

5      Accordingly, the parties request that the present date to complete Early Neutral Evaluation,
6  January 6, 2009, be extended to February 6. 2009.

7  DATED: December 22, 2008.

8                                  /s/ Frear Stephen Schmid
   FREAR STEPHEN SCHMID
9  Attorneys for Plaintiffs David D. Wesner, Janice L. Wesner and Don Wesner, Inc

11
12 DATE: December 22, 2008.       JONES & DYER

13                           By:   /s/ Mark A. Jones
   MARK A. JONES
14                                   KRISTEN K. PRESTON
   Attorneys for Defendants County of Napa and
15                                   Napa County Board of Supervisors

16                                  **ORDER**

17     Based upon the stipulation of the parties and good cause appearing therefor,

18     IT IS ORDERED that the present date for completion of the Early Neutral Evaluation,
19 January 6, 2009, be and hereby is extended 30 days such that the last date for completion of the Early
20 Neutral Evaluation shall be February 6, 2009.

21 DATE: December 22, 2008

23                                   _/s/ Jeffrey S. White_____
24                                 HON. JEFFREY S. WHITE, Judge

**STIPULATION AND ORDER EXTENDING TIME FOR ENE COMPLETION DATE**

H:\MAJ.cases\Wesner v. Napa\Pleadings\Stipulation re ENE session.wpd