1  **JONES & DYER**　　　　　　　　　　　　　　　　　　　EXEMPT FROM FILING FEES
   **A Professional Corporation**　　　　　　　　　　　　　PURSUANT TO GOVERNMENT
2  **1800 J Street**　　　　　　　　　　　　　　　　　　　　CODE SECTION 6103
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys For: Defendant County of Napa and Napa County Board of Supervisors

7

8　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID D. WESNER, JANICE L. WESNER and　　) NO. CV 08 3377 JSW
   DON WESNER, INC.　　　　　　　　　　　　　　)
12　　　　　　　　　　　　　　　　　　　　　　　) **REQUEST FOR TELEPHONE**
　　　　　　　　　　　　　　　　　　　Plaintiffs, ) **APPEARANCE AT CASE**
13　　　　　　　　　　　　　　　　　　　　　　　) **MANAGEMENT CONFERENCE**
   vs.　　　　　　　　　　　　　　　　　　　　　　)
14　　　　　　　　　　　　　　　　　　　　　　　) Date: January 16, 2009
   COUNTY OF NAPA and NAPA COUNTY　　　　　) Time: 1:30 p.m.
15 BOARD OF SUPERVISORS,　　　　　　　　　　　) Dept: Courtroom 2, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　　)
16　　　　　　　　　　　　　　　　　　　Defendants.)
　　　　　　　　　　　　　　　　　　　　　　　)
17

18　　　　Attorneys for Defendants County of Napa and Napa County Board of Supervisors hereby

19 request that they be allowed to appear by telephone at the Case Management Conference in the

20 above matter, scheduled for January 16, 2009, at 1:30 p.m. It is our understanding that the court will

21 initiate the call.

22 Dated:　　December 22, 2008

23　　　　　　　　　　　　　　　　　　　　　　　JONES & DYER
   The request to appear at the initial case
24 management conference is DENIED. The
   Court will, however, be amenable to the　　　　By: 　/s/ Mark A. Jones
25 attendance of further case management　　　　　　　MARK A. JONES,
   conferences by telephone.　　　　　　　　　　　　Attorneys for Defendants County of
26　　　　　　　　　　　　　　　　　　　　　　　　Napa and Napa County Board of
　　　　　　　　　　　　　　　　　　　　　　　　Supervisors
27 Dated: December 23, 2008

28　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey S. White*
　　　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHTIE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**