FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorneys for Plaintiffs
DAVID D. WESNER, JANICE L. WESNER
AND DON WESNER, INC.

MARK A. JONES, CSB NO. 96494
KRISTEN K. PRESTON, CSB NO. 125455
JONES & DYER
1800 J STREET
SACRAMENTO, CA 95811
TELEPHONE: (916) 552-5959
FACSIMILE: (916) 442-5959

Attorneys for Defendants COUNTY OF NAPA and
NAPA COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. WESNER, JANICE L. WESNER, AND DON WESNER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA, AND NAPA COUNTY BOARD OF SUPERVISORS,<br><br>Defendants.<br>_____/ | No.  CV-08-3377 JSW<br><br>**JOINT REQUEST TO STAY PROCEEDINGS TO FINALIZE SETTLEMENT AND ~~[PROPOSED]~~ ORDER** |

The parties, through their respective counsel, jointly request the Court to stay the proceedings in this matter for three months to allow the parties time to consummate a pending settlement resolution.  As a result of the ENE held in this matter, and subsequent initial settlement discussions thereat, and followup negotiations by the parties and their respective attorneys, the parties believe that they have a workable

framework for the resolution of this matter.  However, because of the land use nature of this action and the need for approval by the governing body, the Board of Supervisors of the County of Napa, the ultimate resolution and drafting and signing of settlement papers are more complicated than usual and require lengthier time to complete and have approved.  To this end, it makes more sense for the parties to dedicate their time, money, and resources towards consummating a settlement than expend such time, money, and resources on further litigation in this matter, specifically dealing with deadlines previously set in this matter, including discovery cutoff of May 1, 2009, dispositive motion hearing date of June 26, 2009, last day for expert disclosure of May 15, 2009, and finally, a trial date of September 8, 2009.  Accordingly, the parties jointly respectfully request this Court to stay this matter for three months and vacate all the current dates, and reschedule them four months hence (the Court calendar permitting), as follows:

    Trial Date: January 11, 2010, at 8:30 AM

    Pretrial Conference: December 14, 2009, at 2:00 PM

    Last Day to Hear Dispositive Motions: Friday, October 30, 2009, at 9:00 AM

    Close of All Discovery: September 1, 2009

    Last Day for Expert Disclosure: September 15, 2009

The parties jointly request the foregoing in lieu of a conditional dismissal of this matter, since although the parties are working in good faith in resolution, they believe that maintaining active dates in this matter will have a disciplinary and a positive effect on the parties' prompt and thorough settlement of these proceedings.

DATED: April 16, 2009         Respectfully submitted,

    /s/ Frear Stephen Schmid
Frear Stephen Schmid, Attorneys for
Plaintiffs DAVID D. WESNER, JANICE
L. WESNER, and DON WESNER, INC.

1  DATED: April 16, 2009                    JONES & DYER

3   /s/ Mark A. Jones
    Mark A. Jones, Attorneys for
    Defendants COUNTY OF NAPA and
4   NAPA COUNTY BOARD OF
    SUPERVISORS

## **ORDER**

Pursuant to the aforementioned stipulation, the previously set dates in this matter are hereby vacated, the matter is stayed for three months, and the following new dates are set:

Trial Date: January 11, 2010, at 8:30 AM

Pretrial Conference: December 14, 2009, at 2:00 PM

Last Day to Hear Dispositive Motions: Friday, October 30, 2009, at 9:00 AM

Close of All Discovery: September 1, 2009

Last Day for Expert Disclosure: September 15, 2009

**IT IS SO ORDERED.**

DATED: April  16 , 2009

_____
Jeffrey S. White, Judge of the United States District Court