IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID D. WESNER,

    Plaintiff,

v.

COUNTY OF NAPA,

    Defendant.

No. C 08-03377 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT**

On April 16, 2009, this Court issued an Order continuing deadlines in this case so that the parties could finalize a settlement. Pursuant to that Order, the Court set October 30, 2009 as the deadline to *hear* dispositive motions. No such motions have been filed, and there has been no activity in this case since the Court issued the April 16, 2009 Order. Accordingly, the parties are HEREBY ORDERED to submit a joint status report regarding the status of the settlement and when they expect a dismissal to be filed by no later than November 6, 2009.

**IT IS SO ORDERED.**

Dated: October 28, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE