| | |
|---|---|
| 1 | **FREAR STEPHEN SCHMID, CSB NO. 96089**<br>**ATTORNEY AT LAW** |
| 2 | **177 POST STREET, SUITE 890**<br>**SAN FRANCISCO, CA 94108** |
| 3 | **TELEPHONE: 415-788-5957**<br>**FACSIMILE: 415-788-5958** |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>DAVID D. WESNER, JANICE L. WESNER AND<br>DON WESNER, INC. |
| 6 | |
| 7 | **JONES & DYER**<br>**A Professional Corporation**<br>**1800 J Street** |
| 8 | **Sacramento, California 95811**<br>Telephone:  (916) 552-5959 |
| 9 | Fax: (916) 442-5959<br>**MARK A. JONES, State Bar #96494** |
| 10 | **KRISTEN K. PRESTON, State Bar #125455** |
| 11 | Attorneys For: Defendant County of Napa and Napa County Board of Supervisors |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID D. WESNER, JANICE L. WESNER and DON WESNER, INC., | ) | NO.  CV-08-3377 JSW |
| Plaintiffs, | ) | **STIPULATION OF DISMISSAL OF ENTIRE ACTION [FRCP 41(a)(1)] and ORDER** |
| vs. | ) | |
| COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS, | ) | |
| Defendants. | ) | |

IT IS STIPULATED by and between the parties through their respective counsel that the above captioned matter be dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and attorney fees.

DATED: November 25, 2009.

                                                   /s/ Frear Stephen Schmid
                                                  Frear Stephen Schmid, Attorney for Plaintiffs
                                                  DAVID D. WESNER, JANICE L. WESNER
                                                  and DON WESNER, INC.

DATED: November 25, 2009.

JONES & DYER

By: /s/ Mark A. Jones
Mark A. Jones, Attorneys for Defendants
COUNTY OF NAPA and NAPA
COUNTY BOARD OF SUPERVISORS

## ORDER

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and attorney fees.

DATED: December 1, 2009

Honorable Jeffrey S. White,
District Court Judge